UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DWAYNE REED #487837,

    Plaintiff,

v

CORIZON, MICHIGAN DEPARTMENT OF CORRECTIONS BUREAU OF HEALTHCARE SERVICES, BRENDA BUCHANAN, and JENNIFER HEADLEY,

    Defendants.

NO. 2:17-cv-156

HON. ROBERT J. JONKER

MAG. TIMOTHY P. GREELEY

---

Dwayne Reed #487837
*In Pro Per*
Parnall Correctional Facility
1780 E. Parnall
Jackson, MI  49201

Kristen D. Simmons (P76293)
Assistant Attorney General
Attorney for MDOC Defendant Headley
Michigan Department of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI  48909
(517) 373-1162

CHAPMAN LAW GROUP
Ronald W. Chapman (P37603)
Carly Van Thomme (P59706)
Attorneys for Defendant NP Buchanan
1441 West Long Lake Road, Suite 310
Troy, MI  48098
(248) 644-6326

    /

**DEFENDANT JENNIFER HEADLEY'S**
**<u>MOTION FOR SUMMARY JUDGMENT</u>**

    Defendant Jennifer Headley, through the undersigned attorney, bring this motion under Fed. R. Civ. P. 56(a), and move the Court to enter its order granting summary judgment in Defendant's favor, based on the grounds set forth in Defendant's accompanying brief.

1

Defense counsel sought concurrence from Plaintiff's counsel on October 9, 2018 and concurrence was not granted.

Respectfully submitted,

Bill Schuette
Attorney General

*s/ Kristen D. Simmons (P76293)*
Assistant Attorney General
Attorney for MDOC Defendants
State Operations Division
P.O. Box 30754
Lansing, MI  48909
(517) 373-1162
simmonsk5@michigan.gov

Dated:  November 9, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2018, I electronically filed the foregoing paper with the Clerk of the Court using ECF system which will send notification of such filing as well as via US Mail to all non-ECF participants.

*/s/ Kristen D. Simmons*
Kristen D. Simmons
Assistant Attorney General
Attorneys for Defendant
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 373-1162
simmonsk5@michigan.gov